[No. 39410-3-II.   Division Two.   September 21, 2010.]

STEVE COOKE ET AL., *Appellants*, v. GILBERT GOETHALS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-15829-8, Vicki L. Hogan, J., entered May 22, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 39411-1-II.   Division Two.   September 21, 2010.]

BAYFIELD RESOURCES COMPANY, *Appellant*, v. THE WESTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-01178-7, Carol Murphy, J., entered May 18, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 39543-6-II.   Division Two.   September 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY BRUCE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00702-1, Roger A. Bennett, J., entered June 22, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39583-5-II.   Division Two.   September 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARLENE GWENDOLYN HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00649-4, Christine A. Pomeroy, J., entered July 16, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.